**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WILLIAM PAUL ALEXANDER,

     Petitioner,

v.                                             CV No. 21-599 MV/CG

WARDEN, C.N.M.C.F.,

     Respondents.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner William Paul Alexander's

*Application to Proceed in District Court without Prepayment of Fees or Costs* (the

"Application"), (Doc. 4), filed July 7, 2021. The Court, having reviewed the Motion and

the relevant law, finds the Motion is well-taken and shall be **GRANTED**.

     **IT IS THEREFORE ORDERED** that Mr. Alexander may proceed without

prepayment of costs or other fees or the necessity of giving security therefor.

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE