IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WILLIAM PAUL ALEXANDER,**

    Petitioner,

v.                                                      No. 21-cv-599 MV/SMV

**FNU LNU, WARDEN,**
**C.N.M.C.F., AND ATTORNEY GENERAL**
**FOR THE STATE OF NEW MEXICO,**

    Respondents.

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to Answer William Paul Alexander's Amended Petition for Writ of Habeas Corpus*, filed August 1, 2022. *See* [Doc. 17].

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to Answer William Paul Alexander's Amended Petition for Writ of Habeas Corpus*, is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondents shall have until no later than September 22, 2022, to file their answer.

_____
The Honorable Stephan M. Vidmar
**UNITED STATES MAGISTRATE JUDGE**