IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAUL ALEXANDER,

    Petitioner,

                                              No. 1:21-cv-0599 MV/DLM

FNU LNU, Warden, C.N.M.C.F., and
Attorney General for the State of New Mexico,

    Respondents.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Damian L. Martínez's Proposed Findings and Recommended Disposition (PFRD) filed September 30, 2025. (Doc. 86.) Judge Martínez finds that Alexander's petition lacks merit and recommends denying with prejudice the entire petition. (*See id.* at 1.)

The PFRD notified the parties of their ability to file objections no later than 14 days after the PFRD was filed. (*Id.* at 20.) Respondents filed a Notice of Non-Objection. (Doc. 87.) Alexander has not filed objections. As Alexander has not objected to the PFRD within the time allowed and there is nothing in the record indicating that the proposed findings were not delivered, the Court finds that Alexander has waived appellate review.

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 86) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Alexander's amended 28 U.S.C. § 2254 petition (Doc. 7) is **DENIED with prejudice**.

The Court will enter a final order concurrently with this order.

**IT IS SO ORDERED.**

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE